B6B (Official Form 6B) (12/07)

IN RE **Pandya, Upen A. & Pandya, Madhuri U.**      Case No. **12-bk-02950**
        Debtor(s)                                                  (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---:|
| 1. Cash on hand. | | **Cash on Hand** | J | **2,500.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account #0012**<br>**PSECU**<br>**PO Box 67013**<br>**Harrisburg, PA  17106** | J | **704.49** |
| | | **Checking Account #1416**<br>**Members First**<br>**PO Box 40**<br>**5000 Louise Drive**<br>**Mechanicsburg, PA 17055**<br>**(Co-owned with minor child)** | H | **1,545.00** |
| | | **Checking Account #1964**<br>**Metro Bank**<br>**3801 Paxton Street**<br>**Harrisburg, PA  17111** | W | **350.28** |
| | | **Checking Account #5586**<br>**Adams County National Bank**<br>**PO Box 3129**<br>**Gettysburg, PA  17325** | J | **0.00** |
| | | **Checking Account #6621**<br>**PSECU**<br>**PO Box 67013**<br>**Harrisburg, PA  17106** | J | **0.00** |
| | | **Checking Account #6959**<br>**Members First**<br>**PO Box 40**<br>**5000 Louise Drive**<br>**Mechanicsburg, PA  17055** | J | **7.66** |
| | | **Checking Account #9036**<br>**Members First**<br>**PO Box 40**<br>**5000 Louise Drive**<br>**Mechanicsburg, PA 17055**<br>**(Co-owned with Purva Pandya, Daughter)** | H | **1,450.00** |
| | | **Savings Account #0012**<br>**PSECU**<br>**PO Box 67013**<br>**Harrisburg, PA  17106** | J | **657.30** |
| | | **Savings Account #6959**<br>**Members First**<br>**PO Box 40** | J | **0.03** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | **5000 Louise Drive Mechanicsburg, PA 17055** | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Household Goods See Attached List** | J | 1,377.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Men's Clothing** | H | 400.00 |
| | | **Women's Clothing** | W | 600.00 |
| 7. Furs and jewelry. | | **Jewelry** | J | 1,150.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **State Employees' Retirement System through current employer 30 North Third Street Harrisburg, PA 17101** | H | 43,000.00 |
| | | **State Employees' Retirement System through current employer 30 North Third Street Harrisburg, PA 17101** | W | 35,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | | **"I" & "E" Bonds** | H | 1,100.00 |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1994 Geo Prizm** **Value per Debtor** | H | **500.00** |
| | | **2006 Honda Odyssey** **Value per Kelley Blue Book** **See Attached** | W | **14,588.00** |
| | | **2008 Honda CRV** **Value per Kelley Blue Book** **See Attached** | W | **14,533.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Business Inventory** **See Attached List** | J | **4,400.00** |
| 31. Animals. | | **Dog & Bird** | J | **150.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **124,012.76** |

_____ **4** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

IN RE **Pandya, Upen A. & Pandya, Madhuri U.**                                                       Case No. **12-bk-02950**
                                       Debtor(s)                                                                                    (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:           ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on Hand** | **11 USC § 522(d)(5)** | **1,200.00** | **2,500.00** |
|  | **11 USC § 522(d)(5)** | **1,300.00** |  |
| **Checking Account #0012**<br>**PSECU**<br>**PO Box 67013**<br>**Harrisburg, PA  17106** | **11 USC § 522(d)(5)** | **704.49** | **704.49** |
| **Checking Account #1416**<br>**Members First**<br>**PO Box 40**<br>**5000 Louise Drive**<br>**Mechanicsburg, PA 17055**<br>**(Co-owned with minor child)** | **11 USC § 522(d)(5)** | **772.50** | **1,545.00** |
| **Checking Account #1964**<br>**Metro Bank**<br>**3801 Paxton Street**<br>**Harrisburg, PA  17111** | **11 USC § 522(d)(5)** | **350.28** | **350.28** |
| **Checking Account #6959**<br>**Members First**<br>**PO Box 40**<br>**5000 Louise Drive**<br>**Mechanicsburg, PA  17055** | **11 USC § 522(d)(5)** | **7.66** | **7.66** |
| **Checking Account #9036**<br>**Members First**<br>**PO Box 40**<br>**5000 Louise Drive**<br>**Mechanicsburg, PA 17055**<br>**(Co-owned with Purva Pandya, Daughter)** | **11 USC § 522(d)(5)** | **725.00** | **1,450.00** |
| **Savings Account #0012**<br>**PSECU**<br>**PO Box 67013**<br>**Harrisburg, PA  17106** | **11 USC § 522(d)(5)** | **657.30** | **657.30** |
| **Savings Account #6959**<br>**Members First**<br>**PO Box 40**<br>**5000 Louise Drive**<br>**Mechanicsburg, PA  17055** | **11 USC § 522(d)(5)** | **0.03** | **0.03** |
| **Household Goods**<br>**See Attached List** | **11 USC § 522(d)(3)** | **1,377.00** | **1,377.00** |
| **Men's Clothing** | **11 USC § 522(d)(3)** | **400.00** | **400.00** |
| **Women's Clothing** | **11 USC § 522(d)(3)** | **600.00** | **600.00** |
| **Jewelry** | **11 USC § 522(d)(4)** | **1,150.00** | **1,150.00** |
| **State Employees' Retirement System through current employer**<br>**30 North Third Street**<br>**Harrisburg, PA  17101** | **11 USC § 522(d)(12)** | **43,000.00** | **43,000.00** |
| **State Employees' Retirement System through current employer**<br>**30 North Third Street** | **11 USC § 522(d)(12)** | **35,000.00** | **35,000.00** |

*\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
#### (Continuation Sheet)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| Harrisburg, PA 17101 | | | |
| "I" & "E" Bonds | 11 USC § 522(d)(5) | 1,100.00 | 1,100.00 |
| 1994 Geo Prizm<br>Value per Debtor | 11 USC § 522(d)(2) | 500.00 | 500.00 |
| 2006 Honda Odyssey<br>Value per Kelley Blue Book<br>See Attached | 11 USC § 522(d)(5) | 1,807.00 | 14,588.00 |
| 2008 Honda CRV<br>Value per Kelley Blue Book<br>See Attached | 11 USC § 522(d)(2) | 2,784.00 | 14,533.00 |
| Business Inventory<br>See Attached List | 11 USC § 522(d)(5) | 4,400.00 | 4,400.00 |
| Dog & Bird | 11 USC § 522(d)(3) | 150.00 | 150.00 |